```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 09 B 00024
   LITTLETON RUSH JR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3496

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 01/02/2009 and was not confirmed.

    The case was dismissed without confirmation 02/09/2009.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
---------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED            724.54          .00          .00
CARRINGTON MORTGAGE SERV  MORTGAGE NOTI     NOT FILED          .00          .00
NEW CENTURY MORTGAGE COR  CURRENT MORTG         .00            .00          .00
NEW CENTURY MORTGAGE COR  SECURED NOT I    26807.38            .00          .00
PRA RECEIVABLES MGMT      UNSECURED           611.39           .00          .00
THAV & RYKE PLLC          DEBTOR ATTY           .00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------      --------------
TOTALS                      .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 03/05/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```